No. 849, Misc. BEDFORD *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 855, Misc. McGUIRK *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. *Gerald W. Getty* and *Marshall J. Hartman* for petitioner.

No. 867, Misc. CLARKE *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 873, Misc. TURPYN *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *Eugene Van Voorhis* for petitioner.

No. 875, Misc. SMOGOR *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Nathan Levy* and *George N. Beamer, Jr.,* for petitioner. *Solicitor General Griswold* for the United States.

No. 884, Misc. STALLINGS ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Palmer K. Ward* for petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson, Robert G. Maysack,* and *Jerome M. Feit* for the United States.

No. 892, Misc. POLLARD *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 899, Misc. RILEY *v.* RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. Certiorari denied.